[No. 32666-7-III.  Division Three.  October 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL CHARLES HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00809-5, John M. Antosz, J., entered July 22, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32859-7-III.  Division Three.  October 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NARIAH CORDOVA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-8-50216-4, Alex Ekstrom, J., entered September 23, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 33140-7-III.  Division Three.  October 22, 2015.]

THE CITY OF SPOKANE VALLEY, *Respondent*, v. BRIAN DIRKS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01887-6, Annette S. Plese, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 33272-1-III.  Division Three.  October 22, 2015.]

*In the Matter of the Guardianship of* STEPHANIE E. JANZEN.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-4-01002-1, Salvatore F. Cozza, J., entered June 6, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.